UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT § | C.A. NO. 2:19-cv-10870-WBV-JVM |
| OF M/V CANDY STORE, L.L.C. AS § | c/w        20-243 |
| OWNER, CANDY FLEET, L.L.C. AS § | |
| OPERATOR AND OWNER PRO HAC § | **APPLIES TO ALL CASES** |
| VICE, AND M/V CANDY STORE, *IN* § | |
| *REM* FOR FOR EXONERATION FROM OR § | |
| LIMITATION OF LIABILITY § | SEC. "D"     MAG (1) |

### STATUS REPORT ON BEHALF OF LANCE FOLSE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Lance Folse ("Folse"), Claimant in this Limitation Proceeding, and Defendant in the consolidated Declaratory Judgment Action, and, for his Status Report Pursuant to Rec. Doc. 28, would respectfully show:

**(1)    A brief description of the basis for jurisdiction:**

Candy Fleet filed the underlying limitation proceeding under the admiralty and maritime jurisdiction of this Honorable Court, pursuant to Rule 9(h) of the Federal Rules of Civil Procedure, 28 U.S.C. §1333, and Rule F of the Supplemental Rules for Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Diamond Services Corporation filed a declaratory judgment proceeding under admiralty and general maritime law of the Unites States of America against Lance Folse, which has been consolidated into the limitation proceeding. *See* Rec. Doc. 31.

**(2)    A listing of any discovery done:**

Candy Fleet has propounded Interrogatories and Requests for Production to Folse, which have been responded to. Folse has propounded Interrogatories and Requests for Production to Candy Fleet, Diamond Services Corporation and DHD Offshore Services, which have been

responded to.  Folse's deposition occurred on March 4, 2020.

(3)     **A listing of any specialized discovery that may be involved in this matter:**

An inspection of the vessel that is the subject of the limitation proceeding may be required to determine its value for purposes of the limitation fund.

(4)     **Whether or not this matter should be fast-tracked for settlement.**

Claimant / Defendant Folse is always willing to engage in settlement discussions in an attempt to resolve this matter should the other parties be amenable.

Undersigned counsel will be requesting to participate in the status conference via telephone, and will contact the Court's chambers for call-in information.

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:     713-653-5600
Facsimile:      713-653-5656

and

Andrew J. Quackenbos (La. 31924)
DOMENGEAUX, WRIGHT,
ROY & EDWARDS, LLC
Andrewq@wrightroy.com
556 Jefferson Street, 5th Floor
Lafayette, LA 70501
Telephone: 337-233-3033
Facsimile: 337-232-8213

**ATTORNEYS FOR LANCE FOLSE**

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that service of the foregoing automatically accomplished on counsel of record for Plaintiff through CM/ECF Notice of Electronic Filing at the time of filing hereof on this 16th day of March, 2020, in accordance with the Federal Rules of Civil Procedure.

           */s/ Eric J. Rhine*
           Eric J. Rhine