UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF M/V CANDY STORE, L.L.C., AS OWNER, CANDY FLEEET, L.L.C., AS OPERATOR AND OWNER *PRO HAC VICE*, AND M/V CANDY STORE, *IN REM* FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * CIVIL ACTION NO. 2:19-cv-10870<br>* c/w NO. 20-243<br>* ALL CASES<br>*<br>* SECTION D<br>* JUDGE VITTER<br>*<br>* DIVISION 2<br>* MAG. JUDGE CURRAULT |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES

**NOW INTO COURT**, through undersigned counsel, comes Environmental, Safety & Health Consulting Services, Inc. ("ES&H"), incorrectly identified as ES&H of Dallas, LLC, and for the reasons outlined in the attached supporting memorandum, respectfully requests that the trial date and pre-trial deadlines in this consolidated matter be continued and the Court schedule a status conference to select a new trial date and pre-trial deadline dates.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/ Charles A. Cerise, Jr.
**James T. Rogers III (#21845)**
**Charles A. Cerise, Jr. (#1755)**
**Luke G. LaHaye (#38809)**
jim.rogers@arlaw.com
charles.cerise@arlaw.com

luke.lahaye@arlaw.com
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
*Attorneys for Environmental, Safety & Health Consulting Services, Inc.*